UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHI QI ZHANG,

                Plaintiff,

        v.

MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,

               Defendants.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 6256 (PAC)

NOTICE OF APPEARANCE

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         August 4, 2008

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

                   By:   /s/ _____
                                  F. JAMES LOPREST, JR.
                                  Special Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York 10007
                                  Telephone: (212) 637-2728
                                  Facsimile: (212) 637-2786
                                  Email: james.loprest@usdoj.gov

TO:   Yee Ling Poon
        11 E. Broadway, 5th Floor
        New York, NY 10038